IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

AIRLINER L.L.C. a/k/a AIRLINER MOTEL
CORP., et al.,

    Plaintiffs,

v.

                                                Case No. 19-1117-JWB

ACCEPTANCE CASUALTY INSURANCE
COMPANY,

    Defendant.

## **ORDER**

On June 7, 2019, the court entered an order to show cause, instructing the parties to file a joint status report, with affidavits attached, demonstrating the citizenship of each of the defendants and showing cause why this case should not be dismissed for lack of jurisdiction (ECF No. 8). On June 21, 2019, the parties filed their joint response to the order to show cause (ECF No. 14). As demonstrated by the response and attached affidavits, the parties have clarified the facts relevant to determining subject matter jurisdiction. Plaintiff Airliner L.L.C. has one member, who is a resident of Kansas. Plaintiff Four S, Inc.'s principal place of business is in Kansas. Defendant's principal place of business is in North Carolina. The court finds that it has subject matter jurisdiction over this case based on these assertions. Accordingly, the court finds that the parties have satisfied their burden of showing why this case should not be dismissed for lack of subject matter jurisdiction.

1

IT IS SO ORDERED.

Dated June 24, 2019, at Kansas City, Kansas.

                                                        <u>s/ James P. O'Hara</u>
                                                        James P. O'Hara
                                                        U.S. Magistrate Judge